## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SHER LEFF LLP,                              ) | |
|                          Plaintiff,      ) | |
|           vs.                         ) | Civil Action No. 1:14-cv-00026-SM |
|                              ) | consolidated with No. 1:14-cv-00094-LM |
| PAWA LAW GROUP, P.C.,         ) | |
|                       Defendant.    ) | |

## [PROPOSED] ORDER CONFIRMING ARBITRATION AWARD

This matter having been heard on the motion (Docket #3) of Pawa Law Group, P.C. ("PLG") pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-13 for (1) an order confirming the final award, dated December 10, 2013 ("Final Award"), of the arbitration panel in a binding, JAMS-administered arbitration between Pawa Law Group, P.C. and Sher Leff, LLP entitled *Pawa Law Group, P.C. v. Sher Leff, LLP*, Reference No. 1400014271, and (2) an award of pre- and post-judgment interest; and the Court having considered the Final Award, the written arbitration agreement between the parties and the memoranda of law and other materials submitted in support of and in opposition to the motion, and having heard the argument of counsel at a hearing on March 21, 2014; and the parties in their arbitration agreement having agreed that a judgment of a court of competent jurisdiction may be entered upon an award made pursuant to arbitration between the parties, and there being no grounds to vacate the award under the FAA;

IT IS ORDERED, that PLG's motion (Docket #3) is GRANTED, and a judgment confirming the Final Award and awarding pre- and post-judgment interest shall be entered in conformity herewith.

IT IS FURTHER ORDERED that Sher Leff's opposition to the motion to confirm and Sher Leff's other filings in this case shall be deemed a motion to vacate, which is hereby DENIED.

IT IS FURTHER ORDERED that Sher Leff's motion to strike (Docket #10) is DENIED.

IT IS FURTHER ORDERED that PLG's motion to confirm inapplicability of discovery rules to action to enforce arbitration award (Docket #13) is GRANTED.


Dated: _____

                                        _____
                                        Hon. Steven J. McAuliffe
                                        United States District Court Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 25, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that counsel of record for plaintiff were served via the CM/ECF system.


/s/ James Ogorchock
James Ogorchock (NH Bar # 9360)