UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Sher Leff, LLP</u>

     v.                            Case No. 14-cv-26-SM

<u>Pawa Law Group, P.C.</u>

**J U D G M E N T**

In accordance with the Order by Judge Steven J. McAuliffe entered on April 14, 2014, judgment is hereby entered.

By the Court,

*/s/ Judith A. Barrett Weatherbee*
_____
Judith A. Barrett Weatherbee
Deputy Clerk

Date: April 15, 2014

cc:    Gregory S. Clayton, Esq.
        Jon-Jamison Hill, Esq.
        Robert S. Chapman, Esq.
        Thomas J. Pappas, Esq.
        Robert D. Cultice, Esq.
        James F. Ogorchock, Esq