# EXHIBIT A

```
                    SHEEHAN PHINNEY BASS + GREEN,
                       PROFESSIONAL ASSOCIATION
                           1000 ELM STREET
                           P.O. BOX 3701
                       MANCHESTER, NH 03105-3701
```

                                                February 18, 2014
Matthew F. Pawa, Esq.                           Invoice No: 272540
Pawa Law Group, PC
1280 Centre Street, Suite 230
Newton Centre, MA  02459


42668-14585- Sher Leff, LLP v. Pawa Law Group, PC

The following is your bill for the period referenced below.  Should you have
any questions about this bill, please contact your primary attorney at the firm.

        FOR THE PERIOD THROUGH JANUARY 31, 2014


| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/17/14 | JFO | Review Notice of removal; emails to/from client and court-counsel; telephone conference with client | .70 |
| 01/21/14 | JFO | Work on removal documents; telephone conferences with and emails to/from client | 1.30 |
| 01/22/14 | JFO | Emails to/from client; telephone conference with client; forward pro hac vice templates | .40 |
| 01/23/14 | JFO | Review Motion to Confirm and Exhibits; emails from/to client; review draft Answer and Counterclaim | 1.30 |
| 01/27/14 | JFO | Email from Attorney Cultice; review Motion to Admit and Affidavit; email to Attorney Cultice | .20 |
| 01/28/14 | JFO | Email from Attorney Cultice; email to opposing counsel | .10 |
| 01/29/14 | JFO | Email from opposing counsel; email to court-counsel; email from/to Wes Kelman | .20 |
| 01/30/14 | JFO | Email from/to Attorney Cultice; file certified record; email to opposing counsel; telephone conference with Attorney Cultice | .70 |
| 01/31/14 | JFO | Emails from/to opposing counsel and court-counsel | .30 |

SUMMARY OF HOURS:

| | | |
|---|---|---:|
| James F Ogorchock | 5.20 hours at $300.00 = | 1560.00 |
| TOTAL LEGAL SERVICES RENDERED | | $1,560.00 |

DISBURSEMENTS
| | |
|---|---:|
| Photocopy - | 25.00 |
| In-house Photocopy - | 31.20 |
| Telecommunications - | 34.32 |
| Filing Fees - | 400.00 |

| | |
|---|---:|
| TOTAL EXPENSES | $490.52 |
| TOTAL THIS BILL | $2,050.52 |
| PREVIOUS BALANCE | $0.00 |
| TOTAL BALANCE DUE | $2,050.52 |

PAYMENT DUE 30 DAYS FROM INVOICE DATE

SHEEHAN PHINNEY BASS + GREEN,
PROFESSIONAL ASSOCIATION
1000 ELM STREET
P.O. BOX 3701
MANCHESTER, NH 03105-3701


SERVICE AND EXPENSE MAILBACK SUMMARY


RE:  Sher Leff, LLP v. Pawa Law Group, PC
-------------------------------
CLIENT/CASE NO.  42668-14585
BILLING ATTORNEY:James F Ogorchock

| | |
|---|---:|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED: | $1,560.00 |
| TOTAL EXPENSES: | $490.52 |
| TOTAL THIS BILL: | $2,050.52 |
| PREVIOUS BALANCE: | $0.00 |
| TOTAL BALANCE DUE: | $2,050.52 |

PAYMENT DUE 30 DAYS FROM INVOICE DATE


Please return this page with your remittance and
please reference the client/case number on all
related correspondence.

AMOUNT PAID... $_____

```
                    SHEEHAN PHINNEY BASS + GREEN,
                       PROFESSIONAL ASSOCIATION
                           1000 ELM STREET
                            P.O. BOX 3701
                      MANCHESTER, NH  03105-3701


                                              March 18, 2014
Matthew F. Pawa, Esq.                         Invoice No: 273566
Pawa Law Group, PC
1280 Centre Street, Suite 230
Newton Centre, MA   02459


42668-14585- Sher Leff, LLP v. Pawa Law Group, PC

The following is your bill for the period referenced below.  Should you have
any questions about this bill, please contact your primary attorney at the firm.

     FOR THE PERIOD THROUGH FEBRUARY 28, 2014



02/06/14  JFO    Review Answer; email from/to client; email          .40
                 from/to opposing counsel

02/07/14  JFO    Emails to/from client; telephone conference         .50
                 with opposing counsel; telephone conference
                 with Attorney Cultice and Attorney Pawa; email
                 to opposing counsel

02/10/14  JFO    Email from Attorney Cultice; analyze options;       .60
                 review Motion to Strike from opposing counsel;
                 analyze options

02/14/14  JFO    Review pleading; telephone conference with          .40
                 client; emails to/from court-counsel and client

02/18/14  JFO    Work on pleadings; emails to/from client and       1.60
                 court-counsel; telephone conference with
                 Attorney Pappas; email to Attorney Clayton

02/24/14  JFO    Emails to/from client and court-counsel;            .90
                 telephone conference with court clerk; email
                 from opposing counsel; research regarding LR
                 53.1 email to client
```

SUMMARY OF HOURS:

| | | |
|---|---|---|
| James F Ogorchock | 4.40 hours at $300.00 = | 1320.00 |
| TOTAL LEGAL SERVICES RENDERED | | $1,320.00 |

DISBURSEMENTS
    In-house Photocopy -                                        26.40
    Telecommunications -                                       29.04

TOTAL EXPENSES                                                   $55.44

TOTAL THIS BILL                                                $1,375.44

PREVIOUS BALANCE                                               $2,050.52

LESS RETAINER                                                  $1,000.00

TOTAL BALANCE DUE                                              $2,425.96

PAYMENT DUE 30 DAYS FROM INVOICE DATE

SHEEHAN PHINNEY BASS + GREEN,
PROFESSIONAL ASSOCIATION
1000 ELM STREET
P.O. BOX 3701
MANCHESTER, NH 03105-3701


SERVICE AND EXPENSE MAILBACK SUMMARY


RE:  Sher Leff, LLP v. Pawa Law Group, PC
-------------------------------
CLIENT/CASE NO.  42668-14585
BILLING ATTORNEY: James F Ogorchock


| | |
|---|---:|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED: | $1,320.00 |
| TOTAL EXPENSES: | $55.44 |
| TOTAL THIS BILL: | $1,375.44 |
| PREVIOUS BALANCE: | $2,050.52 |
| LESS RETAINER: | $1,000.00 |
| TOTAL BALANCE DUE: | $2,425.96 |

PAYMENT DUE 30 DAYS FROM INVOICE DATE


Please return this page with your remittance and
please reference the client/case number on all
related correspondence.

AMOUNT PAID... $_____

```
                    SHEEHAN PHINNEY BASS + GREEN,
                        PROFESSIONAL ASSOCIATION
                            1000 ELM STREET
                             P.O. BOX 3701
                        MANCHESTER, NH 03105-3701
```

```
                                              April 21, 2014
Matthew F. Pawa, Esq.                         Invoice No: 274776
Pawa Law Group, PC
1280 Centre Street, Suite 230
Newton Centre, MA  02459
```

42668-14585- Sher Leff, LLP v. Pawa Law Group, PC

The following is your bill for the period referenced below.  Should you have
any questions about this bill, please contact your primary attorney at the firm.

    FOR THE PERIOD THROUGH MARCH 31, 2014

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/03/14 | JFO | Email from opposing counsel; email to client; analyze options; email from/to attorney Cultice | .50 |
| 03/04/14 | JFO | Email from/to Attorney Cultice | .30 |
| 03/04/14 | JFO | Emails from/to client and Attorney Cultice | .40 |
| 03/06/14 | JFO | Emails from/to Attorney Cultice; review docket from transferred MA matter; telephone to court clerk | .60 |
| 03/07/14 | JFO | Review filings from opposing counsel; emails to/from client and Attorney Cultice; emails to court clerk telephone conference with client; analyze options | .70 |
| 03/10/14 | JFO | Emails to/from client and Attorney Cultice; analyze options regarding recent court notice of hearing | .70 |
| 03/11/14 | JFO | Review Notice of Intent for filing | .10 |
| 03/12/14 | JFO | Email from Attorney Cultice; email to opposing counsel; review Motion to Consolidate | .40 |
| 03/17/14 | JFO | Email from Attorney Cultice; email to opposing counsel; review proposed pleading; email to client regarding same | .70 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/18/14 | JFO | Email from opposing counsel; review pleading from opposing counsel; email from/to Attorney Cultice | .60 |
| 03/19/14 | JFO | Review Motion for Leave to File reply and Memorandum; revise for page limit; emails to/from counsel and client; | .50 |
| 03/20/14 | JFO | Emails to/from client; review pleading; telephone conference with client and Attorney Cultice | 1.30 |
| 03/21/14 | JFO | Travel to and attend hearing on Motion to Confirm | 4.50 |
| 03/24/14 | JFO | Review final order; telephone to court clerk; email from/to MA counsel | .40 |
| 03/25/14 | JFO | Review pleadings for filing | .30 |

SUMMARY OF HOURS:

| | | |
|---|---|---:|
| James F Ogorchock | 12.00 hours at $300.00 = | 3600.00 |
| TOTAL LEGAL SERVICES RENDERED | | $3,600.00 |

|   |   |
|---|---:|
| DISBURSEMENTS | |
| Travel - | 22.16 |
| Filing Fees - | 100.00 |
| TOTAL EXPENSES | $122.16 |
| TOTAL THIS BILL | $3,722.16 |
| PREVIOUS BALANCE | $0.00 |
| TOTAL BALANCE DUE | $3,722.16 |

PAYMENT DUE 30 DAYS FROM INVOICE DATE

SHEEHAN PHINNEY BASS + GREEN,
PROFESSIONAL ASSOCIATION
1000 ELM STREET
P.O. BOX 3701
MANCHESTER, NH 03105-3701

SERVICE AND EXPENSE MAILBACK SUMMARY

RE:  Sher Leff, LLP v. Pawa Law Group, PC
------------------------------
CLIENT/CASE NO.  42668-14585
BILLING ATTORNEY: James F Ogorchock

| | |
|---|---:|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED: | $3,600.00 |
| TOTAL EXPENSES: | $122.16 |
| TOTAL THIS BILL: | $3,722.16 |
| PREVIOUS BALANCE: | $0.00 |
| TOTAL BALANCE DUE: | $3,722.16 |

PAYMENT DUE 30 DAYS FROM INVOICE DATE

Please return this page with your remittance and please reference the client/case number on all related correspondence.

AMOUNT PAID... $ _____

SHEEHAN PHINNEY BASS + GREEN,
PROFESSIONAL ASSOCIATION
1000 ELM STREET
P.O. BOX 3701
MANCHESTER, NH 03105-3701

Matthew F. Pawa, Esq.  
Pawa Law Group, PC  
1280 Centre Street, Suite 230  
Newton Centre, MA  02459

April 25, 2014  
Invoice No: 274933

42668-14585- Sher Leff, LLP v. Pawa Law Group, PC

The following is your bill for the period referenced below.  Should you have any questions about this bill, please contact your primary attorney at the firm.

FOR THE PERIOD THROUGH APRIL 25, 2014

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/02/14 | JFO | Telephone conferences with client; email from client; email to opposing counsel | .40 |
| 04/03/14 | JFO | Telephone conference with client and Attorney Cultice; review Notice of Additional Information; email from/to opposing counsel; emails from/to Attorney Krass | .90 |
| 04/04/14 | JFO | Telephone conference with client; review proposed filing; review filing from opposing counsel; emails to/from co-counsel | .60 |
| 04/14/14 | JFO | Review court order; email to client | .30 |
| 04/15/14 | JFO | Review Judgment; telephone conferences with client; research regarding federal judgment procedure in NH | .60 |
| 04/16/14 | JFO | Email from client; telephone conference with client | .50 |
| 04/17/14 | JFO | Telephone conference with court clerk; email to client | .50 |
| 04/18/14 | JFO | Telephone conference with client | .80 |
| 04/23/14 | JFO | Email from/to Attorney Krass | .20 |
| 04/24/14 | JFO | Telephone conference with client; review ▓▓▓▓▓▓▓▓ decision; communication with court clerk | .40 |

SUMMARY OF HOURS:

| | | |
|---|---|---|
| James F Ogorchock | 5.20 hours at $300.00 = | 1560.00 |
| TOTAL LEGAL SERVICES RENDERED | | $1,560.00 |

DISBURSEMENTS
    In-house Photocopy -                                            31.20
    Telecommunications -                                            34.32

TOTAL EXPENSES                                                       $65.52

TOTAL THIS BILL                                                   $1,625.52

PREVIOUS BALANCE                                                  $3,722.16

TOTAL BALANCE DUE                                                 $5,347.68

PAYMENT DUE 30 DAYS FROM INVOICE DATE

SHEEHAN PHINNEY BASS + GREEN,
PROFESSIONAL ASSOCIATION
1000 ELM STREET
P.O. BOX 3701
MANCHESTER, NH 03105-3701


SERVICE AND EXPENSE MAILBACK SUMMARY


RE:  Sher Leff, LLP v. Pawa Law Group, PC
-------------------------------
CLIENT/CASE NO.  42668-14585
BILLING ATTORNEY: James F Ogorchock

| | |
|---|---:|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED: | $1,560.00 |
| TOTAL EXPENSES: | $65.52 |
| TOTAL THIS BILL: | $1,625.52 |
| PREVIOUS BALANCE: | $3,722.16 |
| TOTAL BALANCE DUE: | $5,347.68 |

PAYMENT DUE 30 DAYS FROM INVOICE DATE

  Please return this page with your remittance and
  please reference the client/case number on all
  related correspondence.

  AMOUNT PAID... $_____