# EXHIBIT C



**JUDICIAL PROCESS SERVICE, INC.**

29-27 41st Ave, Suite 812, Long Island City, N.Y. 11101
Telephone: (718) 472-2900 * Facsimile: (718) 472-2909

Wilmer Cutler Pickering Hale & Dorr, LLP
399 Park Avenue
New York, NY 10022

Invoice Date: March 6, 2014
Invoice No.: 01022014
Account No.: WH-2007
Total Due: $ 2,782.98

2208673-00120

$ _____
**DUE UPON RECEIPT**

---

TO ENSURE PROPER CREDIT TO YOUR ACCOUNT – PLEASE PROVIDE US WITH OUR INVOICE NUMBER.—
WE RESPECTFULLY REQUEST YOUR PROMPT PAYMENT TO AVOID FEES AND FINANCE CHARGES.

Caption: Pawa Law v. Sher Leff
Court: District of MA
Index:# 14 CV 10001
Client Matter:# See Chris Carrion, Esq.

**Work Description:** Please serve Summons and Complaint upon Sher Leff LLP also known as Sher Leff PC at 450 Mission Street, San Francisco, CA.

Service of Process (Rush Service).................................................................$ 2,325.00
Service was also attempted 2106 Jackson Street, San Francisco, CA. 22.5 hours invested on assignment. $175.00 for the first hour and $100.00 each hour thereafter.

Federal Express Fee (3 Fedex Packages)........................................................$ 131.00
Mailing Fees ( Certified mail and regular mail)................................................$ 85.12
Administrative Fee.........................................................................................$ 15.00

Sub-Total......................................................................................................$ 2,556.12
Tax 8.875 %..................................................................................................$ 226.86

Grand Total...................................................................................................$ 2,782.98

PLEASE MAKE CHECKS PAYABLE TO: EPS JUDICIAL PROCESS SERVICE, INC

OUR TAX ID: # 57-1158800    EPS Judicial Process Service, Inc.

www.epsattorneyservice.com * www.processservice.com
E-mail: customers@epsattorneyservice.com * epsantamaria@aol.com