UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____
                                                    )
SHER LEFF, LLP,                                     )
     Plaintiff / Counterclaim Defendant,   )
v.                                                  )
PAWA LAW GROUP, P.C.,                               )
     Defendant / Counterclaim Plaintiff,   )
                                                    )    C.A. NO.: 1:14-cv-00026-SM
and                                                 )    *and 1:14-cv-00094-LM*
                                                    )    *Consolidated*
PAWA LAW GROUP, P.C.,                               )
     Plaintiff,                            )
v.                                                  )
SHER LEFF, LLP,                                     )
     Defendant.                            )
_____)

## SHER LEFF, LLP'S NOTICE OF APPEAL

Notice is hereby given that Sher Leff, LLP ("***Sher Leff***") appeals to the United States Court of Appeals for the First Circuit from the District Court's Order, entered in these consolidated cases on April 14, 2014, as Docket No. 33, and Judgment, entered in these consolidated cases on April 15, 2014, as Docket No. 34, and any interlocutory orders that gave rise to the judgment.

Respectfully submitted,

SHER LEFF, LLP,

By its attorneys,

Dated: May 14, 2014           */s/ Robert S. Chapman*
Robert S. Chapman, Esq.  (*pro hac vice*)
Jon-Jamison Hill, Esq.  (*pro hac vice*)
EISNER JAFFE GORRY CHAPMAN & ROSS
9601 Wilshire Blvd., Suite 700
Beverly Hills, CA 90210
Tel: 310-855-3200
Fax: 310-855-3201
rchapman@eisnerlaw.com
jhill@eisnerlaw.com

Dated: May 14, 2014           */s/ Gregory S. Clayton*
Gregory S. Clayton, Esq.
(NH Bar No. 274; First Circuit Bar No. 31332)
PRIMMER PIPER EGGLESTON & CRAMER PC
P.O. Box 349
Littleton, NH 03561-0349
Tel: 603-444-4008
Fax: 603-444-6040
gclayton@primmer.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Appeal has this day been forwarded via the Court's Electronic Case Filing System to:

James F. Ogorchock
jogorchock@sheehan.com

Robert D. Cultice
robert.cultice@wilmerhale.com

*Counsel for PAWA LAW GROUP, P.C.*

Dated: May 14, 2014           */s/ Gregory S. Clayton*
Gregory S. Clayton, Esq. (NH Bar No. 274)

1697652.2