# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SHER LEFF, LLP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAWA LAW GROUP, P.C., )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 1:14-cv-00026-SM<br>consolidated with No. 1:14-cv-00094-LM |

## PAWA LAW GROUP, P.C.'S NOTICE OF INTENTION TO MOVE FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE JUDGMENT FOR SPECIFIC ACTS

Defendant Pawa Law Group, P.C. hereby provides notice of its intention to move for leave to file a reply memorandum in support of its Motion to Enforce Judgment for Specific Acts filed on May 16, 2014.  *See* L.R. 7.1(e)(2).

Dated: June 3, 2014

Respectfully submitted,

PAWA LAW GROUP, P.C.

By its counsel,

/s/ James Ogorchock
James Ogorchock (NH Bar # 9360)
Sheehan Phinney Bass + Green PA
1000 Elm Street, 17th Floor
Manchester, NH  03101
(603) 627-8233
jogorchock@sheehan.com

Robert D. Cultice (Mass. BBO # 108200)


(admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000
Robert.Cultice@wilmerhale.com

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that counsel of record for plaintiff were served via the CM/ECF system.

                        /s/ James Ogorchock
                        James Ogorchock (NH Bar # 9360)