# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SHER LEFF, LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-00026-SM |
| ) | consolidated with No. 1:14-cv-00094-LM |
| PAWA LAW GROUP, P.C., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PAWA LAW GROUP, P.C.'S NOTICE OF WITHDRAWAL OF MOTION
## TO ENFORCE JUDGMENT FOR SPECIFIC ACTS

Pawa Law Group, P.C. ("PLG") hereby respectfully withdraws the above-referenced motion. PLG filed this motion on May 16, 2014 seeking an order requiring Sher Leff, LLP ("Sher Leff") to cede control of the Revolving Fund and to pay a sum certain as required by the Final Arbitration Award and by this Court's order and final judgment confirming the award; PLG also sought contempt sanctions if Sher Leff continued to refuse to comply. Prior to the filing of PLG's motion, Sher Leff had ignored letters dated April 30, 2014 and May 8, 2014 seeking Sher Leff's voluntary compliance. After PLG filed this motion, Sher Leff finally ceded control of the Revolving Fund to PLG as ordered and on June 6, 2014 – after Sher Leff filed its Objection – paid PLG the amount of $1,319,347.06, which includes the sum of $48,679.28 sought by PLG in this motion. PLG thus withdraws this motion while reserving all of its other rights and remedies under the judgment entered by this Court, and its right to seek attorneys' fees and costs incurred in bringing this motion.

Dated: June 11, 2014

        Respectfully submitted,

        PAWA LAW GROUP, P.C.

        By its counsel,


        /s/ James Ogorchock
        James Ogorchock (NH Bar # 9360)
        Sheehan Phinney Bass + Green PA
        1000 Elm Street,17th Floor
        Manchester, NH  03101
        (603) 627-8233
        jogorchock@sheehan.com

        Robert D. Cultice (Mass. BBO # 108200)
        (admitted *pro hac vice*)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA  02109
        (617) 526-6000
        Robert.Cultice@wilmerhale.com

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that counsel of record for plaintiff were served via the CM/ECF system.

                         /s/ James Ogorchock
                         James Ogorchock (NH Bar # 9360)