# EXHIBIT A

```
                    SHEEHAN PHINNEY BASS + GREEN,
                       PROFESSIONAL ASSOCIATION
                           1000 ELM STREET
                            P.O. BOX 3701
                       MANCHESTER, NH 03105-3701
```

                                                June 9, 2014
Matthew F. Pawa, Esq.                           Invoice No: 276250
Pawa Law Group, PC
1280 Centre Street, Suite 230
Newton Centre, MA  02459


42668-14585- Sher Leff, LLP v. Pawa Law Group, PC

The following is your bill for the period referenced below.  Should you have
any questions about this bill, please contact your primary attorney at the firm.

    FOR THE PERIOD THROUGH MAY 31, 2014


| Date | | Description | Hours |
|---|---|---|---|
| 05/05/14 | JFO | Review discovery requests; email from/to counsel | .30 |
| 05/16/14 | JFO | Review proposed pleadings; telephone to Attorney Krass regarding comments on same; emails to/from Attorney Krass | .80 |
| 05/19/14 | JFO | Email from/to Attorney Krass regarding time for objection to motion for fees | .30 |
| 05/29/14 | JFO | Email from opposing counsel; email to client | .10 |
| 05/30/14 | JFO | Telephone conference with client; review emails and Stipulation | .40 |

SUMMARY OF HOURS:

James F Ogorchock                 1.90 hours at  $300.00 =         570.00

TOTAL LEGAL SERVICES RENDERED                                     $570.00

    DISBURSEMENTS
        In-house Photocopy -                                    11.40
        Telecommunications -                                    12.54

TOTAL EXPENSES                                                     $23.94

TOTAL THIS BILL                                                   $593.94
                                                                ----------

PREVIOUS BALANCE                                                    $0.00
                                                                ----------

TOTAL BALANCE DUE                                                 $593.94
                                                                ----------
                                                                ----------

PAYMENT DUE 30 DAYS FROM INVOICE DATE

SHEEHAN PHINNEY BASS + GREEN,
PROFESSIONAL ASSOCIATION
1000 ELM STREET
P.O. BOX 3701
MANCHESTER, NH 03105-3701

SERVICE AND EXPENSE MAILBACK SUMMARY

RE: Sher Leff, LLP v. Pawa Law Group, PC
-------------------------------
CLIENT/CASE NO.  42668-14585
BILLING ATTORNEY: James F Ogorchock

| | |
|---|---:|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED: | $570.00 |
| TOTAL EXPENSES: | $23.94 |
| TOTAL THIS BILL: | $593.94 |
| PREVIOUS BALANCE: | $0.00 |
| TOTAL BALANCE DUE: | $593.94 |

PAYMENT DUE 30 DAYS FROM INVOICE DATE

Please return this page with your remittance and please reference the client/case number on all related correspondence.

AMOUNT PAID... $_____

SHEEHAN PHINNEY BASS + GREEN,
PROFESSIONAL ASSOCIATION
1000 ELM STREET
P.O. BOX 3701
MANCHESTER, NH 03105-3701

Matthew F. Pawa, Esq.  
Pawa Law Group, PC  
1280 Centre Street, Suite 230  
Newton Centre, MA  02459

May 13, 2014  
Invoice No: 275327

42668-14585- Sher Leff, LLP v. Pawa Law Group, PC

The following is your bill for the period referenced below.  Should you have any questions about this bill, please contact your primary attorney at the firm.

FOR THE PERIOD THROUGH APRIL 30, 2014

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/25/14 | JFO | Emails and telephone conferences with client; work on taxation of costs information; telephone conference with Attorney Krass regarding taxation of Costs procedure; email from Attorney Cultice; telephone conference with court; letter to court | 1.80 |
| 04/28/14 | JFO | Emails from/to client regarding costs, fees and next steps | .40 |
| 04/29/14 | JFO | Emails from/to client; telephone conferences with court clerk; review and revise pleadings; telephone conferences with Attorney Krass regarding same | 1.40 |

Matthew F. Pawa, Esq.                          May 13, 2014         PAGE    2

SUMMARY OF HOURS:

James F Ogorchock                  3.60 hours at  $300.00 =        1080.00
TOTAL LEGAL SERVICES RENDERED                                    $1,080.00

    DISBURSEMENTS
        Messenger Fees -                                       38.63
        Photocopy -                                            25.50
        In-house Photocopy -                                   21.60
        Telecommunications -                                   23.76

TOTAL EXPENSES                                                     $109.49

TOTAL THIS BILL                                                  $1,189.49

PREVIOUS BALANCE                                                 $5,347.68

TOTAL BALANCE DUE                                                $6,537.17

PAYMENT DUE 30 DAYS FROM INVOICE DATE

SHEEHAN PHINNEY BASS + GREEN,
PROFESSIONAL ASSOCIATION
1000 ELM STREET
P.O. BOX 3701
MANCHESTER, NH 03105-3701

SERVICE AND EXPENSE MAILBACK SUMMARY

RE:  Sher Leff, LLP v. Pawa Law Group, PC
-------------------------------
CLIENT/CASE NO.  42668-14585
BILLING ATTORNEY: James F Ogorchock

| | |
|---|---:|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED: | $1,080.00 |
| TOTAL EXPENSES: | $109.49 |
| TOTAL THIS BILL: | $1,189.49 |
| PREVIOUS BALANCE: | $5,347.68 |
| TOTAL BALANCE DUE: | $6,537.17 |

PAYMENT DUE 30 DAYS FROM INVOICE DATE

Please return this page with your remittance and please reference the client/case number on all related correspondence.

AMOUNT PAID... $_____