# United States Court of Appeals
## For the First Circuit

No. 14-1527

SHER LEFF, LLP

Plaintiff - Appellant

v.

PAWA LAW GROUP, P.C.

Defendant - Appellee

**JUDGMENT**

Entered: July 16, 2014
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:  Matthew S. Barrett
     Robert S. Chapman
     Gregory S. Clayton
     Jon-Jamison Hill
     Thomas J. Pappas
     Robert D. Cultice
     Felicia H. Ellsworth