# United States Court of Appeals
## For the First Circuit

No 14-1527

SHER LEFF, LLP

Plaintiff - Appellant

v

PAWA LAW GROUP, P C

Defendant - Appellee

### MANDATE

Entered  July 16, 2014

In accordance with the judgment of July 16, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court

By the Court

/s/ Margaret Carter, Clerk

cc
Matthew Stephen Barrett
Robert Steven Chapman
Gregory Scott Clayton
Robert D  Cultice
Felicia H  Ellsworth
Jon-Jamison Hill
Thomas J  Pappas